UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| O'KEEFE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-2094 |
| SMOOTHIE KING FRANCHISES, INC., ET AL. | SECTION: "E" (3) |

# **ORDER**

**IT IS ORDERED** that oral argument on Plaintiffs' Motion to Compel Discovery Responses and Document Production (R. Doc. 39) will be held on **Tuesday, May 20, 2025, at 3:00 p.m.**, before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

New Orleans, Louisiana, this 2nd day of May, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE